# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ANCIENT COIN COLLECTORS                  )
GUILD, *et al.*,                         )
                                         )
            Plaintiffs,    )
                                         )
                                         )  Civil Case No. 07-2074 (RJL)
      v.                 )
                                         )
U.S. DEPARTMENT OF STATE,                )
                                         )
            Defendant.     )
                                         )

FILED

JUN 1 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## MEMORANDUM ORDER

For the reasons set forth in the Memorandum Opinion entered this 25th day of

May 2012, it is hereby

**ORDERED** that defendant's Renewed Motion for Summary Judgment [Dkt. # 33]

is **GRANTED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge